IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

13-po-00016-GPG
Date: August 13, 2013

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michelle Heldmyer, AUSA |
| Plaintiff, | |
| vs. | |
| RIC E. MORRIS, | Stephen Laiche |
| Defendant. | Attorney for Defendant |

___

Minute Order
___

The time for Arraignment set for August 20, 2013 has been changed to 2:30 p.m.